**Eric Erwin COLLIER, Petitioner–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTION; Attorney General of North Carolina, Respondents–Appellees.**

No. 00–7432.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Eric Erwin Collier, pro se.

Mary D. Winstead, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit JJ.

PER CURIAM.

Eric Erwin Collier seeks to appeal the district court's order denying relief under § 2254. We dismiss the appeal for lack of jurisdiction because Collier's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed.R.App .P. 4(a)(1), unless the district court extends the appeal period under Fed.R.App.P. 4(a)(5) or reopens the appeal period under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on March 29, 2000. Collier's notice of appeal was filed on July 25, 2000. Because Collier failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*